UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                   **Notice of Change of Address**

              -against-                                   **07 Cr. 851 (RMB)**


EVERTH GARCIA,

        Defendant.

---------------------------------------------------------X

       PLEASE TAKE NOTICE, that RICHARD H. ROSENBERG, ESQ., attorney for defendant EVERTH GARCIA, has relocated his office. The new address and contact information is:

                Richard H. Rosenberg, Esq.
                217 Broadway—Suite 707
                New York, New York 10007-2911
                Tel: 212-586-3838
                Fax: 212-962-5037
                Mobile: 917-576-1446
                E-mail: richrosenberg@msn.com


       Please update my new address in the Court's docket and direct all future correspondence and notices to my new address.

                                                       Respectfully submitted,

                                                       Richard H. Rosenberg
                                                       RR0846

Dated: New York, New York
       April 28, 2008