UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                          **Notice of Change of Address**

            -against-                                   **07 Cr. 851 (RMB)**

EVERTH GARCIA,

              Defendant.

--------------------------------------------------------X


PLEASE TAKE NOTICE, that RICHARD H. ROSENBERG, ESQ., attorney for defendant EVERTH GARCIA, has relocated his office. The new address and contact information is:

> Richard H. Rosenberg, Esq.
> 217 Broadway—Suite 707
> New York, New York 10007-2911
> Tel: 212-586-3838
> Fax: 212-962-5037
> Mobile: 917-576-1446
> E-mail: richrosenberg@msn.com


Please update my new address in the Court's docket and direct all future correspondence and notices to my new address.

                                                        Respectfully submitted,
                                                        /s/
                                                        Richard H. Rosenberg
                                                        RR0846

Dated: New York, New York
       April 28, 2008